UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose Aaron MAYA–FLORES,[1]
Defendant–Appellant.

No. 00–50372.
D.C. No. CR–00–00278–TJW.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 12, 2001.[2]

Decided Feb. 23, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

MEMORANDUM[3]

Jose Aaron Maya–Flores appeals his 24 month sentence following a conviction by guilty plea to one count of importation of marijuana, in violation of 21 U.S.C. §§ 952

and 960, and one count of possession of marijuana with intent to distribute, in violation of 21 U.S.C. § 841(a)(1). We dismiss.

Maya–Flores contends that the district court abused its discretion by denying his request for a downward departure for aberrant behavior pursuant to U.S.S.G. § 5K2.20. Because the district court determined that it had the discretion to depart, but decided not to do so, its decision is not subject to appellate review. *United States v. Timbana,* 222 F.3d 688, 699 (9th Cir.) *cert. denied,* — U.S. —, 121 S.Ct. 604, 148 L.Ed.2d 516 (2000).

DISMISSED.

---

1. The clerk is directed to correct the docket so that it reflects the parties' names as set forth above.

2. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

3. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.